IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:24-CR-341-K |
| JEFFREY SCOTT KEEHN | |

### BILL OF PARTICULARS
### REGARDING PROPERTY SUBJECT TO FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the following additional property is subject to forfeiture under the forfeiture notice in the Indictment filed in this case (Dkt. 1):

a. $5,108.52 from Account #28070325, plus appreciation, held in the name of Jeffrey Keehn at New York Life Insurance;

b. Up to $8,193.00 from Account #16278288, plus appreciation, held in the name of Jeffrey Keehn at New York Life Insurance;

c. $0.02 from Bank Account #8314212038 held in the name of Jeffrey Keehn and Kathryn Keehn at Capital One, N.A.;

d. $1,388.12 from Bank Account #36054939456 held in the name of Jeffrey Keehn at Capital One, N.A.;

e. $162.92 from Bank Account #36006216287 held in the name of Jeffrey Keehn and Kathryn Keehn at JPMorgan Chase Bank, N.A.;

f. $100.72 from Bank Account #360503282601 held in the name of Jeffrey Keehn and Kathryn Keehn at JPMorgan Chase Bank, N.A.;

g. $1,627.72 from Bank Account #459625351 held in the name of Keehn Machine Living Trust at JPMorgan Chase Bank, N.A.;

    h.  $7,298.11 from Account #49705313, plus appreciation, held in the name of Keehn Machine Living Trust at Charles Schwab Bank;

    i.  Up to $51,294.00 from Account #76344973, plus appreciation, held in the name of Jeffrey Keehn at Charles Schwab Bank;

    j.  Up to $83,867.00 from Account #BDA028604, plus appreciation, held in the name of Lola-Sofia Keehn at Pershing LLC;

    k.  Up to $14,000.00 from Account #BDA563808, plus appreciation, held in the name of Kathryn Keehn at Pershing LLC;

    l.  Up to $59,098.00 from Account #BDA030063, plus appreciation, held in the name of Jeffrey Keehn at Pershing LLC;

    m.  Up to $12,169.00 from Account #BDA028638, plus appreciation, held in the name of Jeffrey Keehn at Pershing LLC;

    n.  $1,985.68 from Bank Account #9333893585 held in the name of Jeffrey Keehn at First Tech Federal Credit Union;

    o.  Up to $23,281.00 from Account #61321063, plus appreciation, held in the name of Jeffrey Keehn at New York Life Insurance;

    p.  Up to $13,431.00 from Account #39607982, plus appreciation, held in the name of Jeffrey Keehn at New York Life Insurance.

**[Nothing further on this page]**

The government may file supplemental bills of particulars as additional assets are identified and/or appraised. The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
Dimitri N. Rocha
Florida State Bar No. 693332
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
T: 214-659-8650
F: 214-659-8803
Dimitri.Rocha@usdoj.gov